UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CLAYTON OATES, <br><br>             Plaintiff, <br><br>    v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION <br><br> U.S. DEPARTMENT OF STATE <br><br> U.S. DRUG ENFORCEMENT ADMINISTRATION <br><br>            Defendants. | Case No.: 1:26-cv-00107-DLF |

## JOINT STATUS REPORT

Plaintiff, Clayton Oates, and Defendants, U.S. Customs and Border Protection ("CBP"), U.S. Department of States ("DOS"), and U.S. Drug Enforcement Administration ("DEA") (collectively, "Parties"), by and through undersigned counsel, respectfully submit this joint status report in response to the Court's Minute Order on March 27, 2026

1.      This case concerns three requests made by Plaintiff under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

2.      First, Plaintiff's request with CBP on November 18, 2025, assigned request number CBP-FO-2026-023404, seeks records related to Plaintiff's client's, Mr. Hilarion Javier Cordero Staufert ("Mr. Cordero Staufert"), entries into the United States, along with other records in the possession of CBP related to Mr. Cordero Staufert's admissibility to the United States (hereinafter "CBP Request").

3.      Second, Plaintiff's request with DOS on November 18, 2025, assigned request control number F-2026-03571, seeks records related to Mr. Cordero Staufert's visas, including applications, issuances, denials, and/or revocations (hereinafter "DOS Request").

4.      Third, Plaintiff's request with DEA on November 18, 2025, assigned request number 26-00062-P, seeks records regarding a meeting held between DEA and Mr. Cordero Staufert and any correspondence between DEA and DOS related to Mr. Cordero Staufert.

### Plaintiff's Statement

5.      To date, CBP has not produced any records relating to Plaintiff's CBP Request, cited any circumstances causing processing delays, or requested any additional information to assist in the location of the requested records.

6.      To date, DOS has not produced any records relating to Plaintiff's DOS Request or requested any information to assist in the location of the requested records.

7.       However, in a letter to Plaintiff on December 8, 2025, DOS did cite "unusual circumstances" under 5 U.S.C. § 552(a)(6)(B)(i)-(iii) as a reason delaying its response to Plaintiff's DOS Request.

8.      To date, DEA has not produced any records relating to Plaintiff's DEA Request, cited any circumstances causing processing delays, or requested any additional information to assist in the location of the requested records.

### Defendants' Statement

### CBP

9.      CBP reports that its staff is affected by the partial lapse in appropriations, and therefore unable to provide information about the status of this FOIA request. CBP will provide

the status of Plaintiff's FOIA request within a reasonable period after CBP appropriations have been restored.

## DOS

10.    DOS reports that it completed its search for records potentially responsive to Plaintiff's FOIA request. DOS is currently performing a relevancy review and anticipates completing this review and making its first production on or before July 26, 2026.

## DEA

11.    DEA challenges whether Plaintiff exhausted the administrative processing of his FOIA request. DEA is conferring with Plaintiff and continues to research DEA's administrative records.

The parties respectfully request that the Court allow a reasonable time for DOS to perform its relevancy review and production, for CBP to resume FOIA processing after appropriations are restored, and for DEA to confer with Plaintiff and investigate its administrative records. The parties respectfully propose that they file a status report on or before July 23, 2026, updating the Court on the status of this FOIA matter.

*    *    *

Dated: April 17, 2026

Respectfully submitted,

/s/ Yanal Yousef
YANAL YOUSEF
yyousef@kktplaw.com
(Bar ID: MD0242)
(202) 252-2525

EDWARD F. RAMOS
Eramos@kktplaw.com
(Bar ID: FL0081)

KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, Florida 33134
Tel:    (305) 444-0060
Fax:    (305) 444-3503

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Kimberly A. Stratton
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*